# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDY SUE ALEJO, | Case No.: 2:23-cv-01588-APG-DJA |
| Plaintiff | **Order Striking Certificates of Interested Parties** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant | |

I ORDER that defendant Smith's Food & Drug Centers, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by the amendment to that rule.

I FURTHER ORDER that plaintiff Candy Alejo's certificate of interested parties (ECF No. d9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by October 13, 2023.

DATED this 6th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE