# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY SUE ALEJO,<br><br>    Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>    Defendant | Case No.: 2:23-cv-01588-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Smith's Food & Drug Centers, Inc.'s certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Smith's Food & Drug Centers, Inc. (as opposed to the citizenship of entities that have an interest in Smith's) as required by the amendment to that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by October 25, 2023.

DATED this 12th day of October, 2023.

                                                  ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE