# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CANDY SUE ALEJO,

    Plaintiff

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

    Defendant

Case No.: 2:23-cv-01588-APG-DJA

**Order Granting Motion to Dismiss**

[ECF No. 21]

Defendant Smith's Food & Drug Centers, Inc. moves to dismiss plaintiff Candy Alejo's complaint without prejudice because Alejo expressed to Smith's counsel that she does not intend to pursue this case anymore. ECF No. 21.  Alejo did not respond to the motion.  I therefore grant the motion as unopposed under Local Rule 7-2(d), without prejudice to Alejo instituting a new lawsuit to pursue her claims against Smith's at a later date.

I THEREFORE ORDER that defendant Smith's Food & Drug Centers, Inc.'s motion to dismiss **(ECF No. 21) is GRANTED**.  Plaintiff Candy Alejo's complaint (ECF No. 1-1) is DISMISSED without prejudice to the Alejo initiating a new lawsuit against Smith's.  The clerk of court is instructed to close this case.

DATED this 4th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE